**Order entered August 31, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00427-CR**
**No. 05-15-00428-CR**
**No. 05-15-00429-CR**

**HECTOR OMAR ROMERO A/K/A OMAR CANAKA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-71161-H, F12-71361-H, F12-71362-H**

## ORDER

The Court **REINSTATES** the appeals.

On July 13, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 20, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the July 13, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
JUSTICE